Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0600
Tel. 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/10

Sam S. Shaulson
212 309.6718
sshaulson@MorganLewis.com

RECEIVED
AUG 13 2010
CHAMBERS OF KIMBA M. WOOD
U.S.D.J.-S.D.N.Y.

August 13, 2010

**MEMO ENDORSED**

**VIA FACSIMILE (212) 805-7900**

The Honorable Kimba M. Wood
United States District Court
 Southern District of New York
500 Pearl Street, Courtroom 15B
New York, New York 10007-1312

Re:   *Koplowitz v. Labaton Sucharow LLP*, Case. No. 10-cv-5176

Dear Judge Wood:

We are counsel for Defendant Labaton Sucharow LLP in the above-referenced matter. Because we have just recently been retained to represent Labaton Sucharow LLP in the lawsuit, and because of the vacation schedules of our attorneys and key individuals at Labaton Sucharow LLP, we need additional time to investigate and prepare Defendant's response to Plaintiff's Amended Complaint. As such, we are requesting a four-week extension, until September 13, 2010, to file the response that would otherwise be due this Monday, August 16, 2010. We have not requested any previous extensions. This request also will not affect any other pre-trial deadlines or conferences. Plaintiff's counsel has consented to our request for extension.

*Granted*
*KMW*

If this request meets the Court's approval, a So Ordered line is set forth below for the Court's convenience.

Thank you for your attention to this matter.

Respectfully,

Sam Shaulson/SKR

Sam S. Shaulson

New York   Philadelphia   Washington   Los Angeles   San Francisco   Miami   Pittsburgh   Princeton   Chicago   Minneapolis
Palo Alto   Dallas   Houston   Harrisburg   Irvine   Boston   Wilmington   London   Paris   Brussels   Frankfurt   Beijing   Tokyo

DB1/65437447

Hon. Kimba M. Wood
August 13, 2010
Page 2

SO ORDERED,    8/16/10

*[signature]*

The Honorable Kimba M. Wood

cc:    Maimon Kirschenbaum, Esq. (counsel for Plaintiff) (via facsimile)