UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MOSHE KOPLOWITZ, on behalf of himself and
all others similarly situated,

                Plaintiff,

    -against-

LABATON SUCHAROW LLP,

                Defendant.
-------------------------------------------------------------X

10 Civ. 05176 (KMW)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/10

KIMBA M. WOOD, U.S.D.J.:

The Court having been advised that the above matter has been settled, it is

ORDERED, that this action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty (30) days if the settlement is not consummated. The Clerk of Court is directed to close this case. Any pending motions are moot.

SO ORDERED.

Dated: New York, New York
       September 27, 2010

                                       Kimba M. Wood
                                  United States District Judge