```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOSHE KOPLOWITZ,

        Plaintiff,

v.

LABATON SUCHAROW LLP,

        Defendant.

Case No: 10- CV-5176(KMW)

STIPULATION AND
[PROPOSED] ORDER OF
DISCONTINUANCE WITH
PREJUDICE

---

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this action stipulate to the dismissal of this entire action, on the merits, and with prejudice as to all claims, each party to bear its own attorneys' fees and costs, except as provided by agreement.

/s/ *Maimon Kirschenbaum*
D. Maimon Kirschenbaum
Denise A. Schulman
Charles E. Joseph
JOSEPH, HERZFELD, HESTER &
KIRSCHENBAUM LLP
757 Third Avenue
25th Floor
New York, NY  10017
Tel: (212) 688-5640
Fax: (212) 688-2548

Attorneys for the Plaintiff

DATED: 10-21-10

SO ORDERED:

*Kimba M. Wood*
KIMBA M. WOOD, U.S.D.J.

/s/ *Sam S. Shaulson*
Sam S. Shaulson
MORGAN, LEWIS & BOCKIUS, LLP
101 Park Avenue
New York, NY  10176
Phone: (212) 309-6000
Fax:    (212) 309-6001

Christopher K. Ramsey (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS, LLP
One Oxford Centre, 32nd Floor
Pittsburgh, PA  15219
Phone: (412) 560-3300
Fax:    (412) 560-7001

Attorneys for Defendant

**The Clerk of Court is directed to close this case. Any pending motions are moot.**